**Gerald M. PREIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 74132.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 15, 1998.

Dave Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Kristin Frazier, Jefferson City, for respondent.

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL, Jr., and CLIFFORD H. AHRENS, JJ.

## ORDER

PER CURIAM.

Movant, Gerald M. Preis, appeals from the judgment denying his Rule 24.035 motion without an evidentiary hearing. Movant pleaded guilty to two counts of assault in the first degree, one count of resisting arrest, and one count of assault in the third degree. The motion court's findings are not clearly erroneous, and no error error of law appears. An opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).